IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00385-WYD-MEH

WILLIAM HILL,

     Plaintiff,

v.

SAM'S WEST, INC., d/b/a Sam's Club, Inc.,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 14, 2009.**

     Plaintiff's Motion to Vacate and Re-Schedule Settlement Conference and to Extend the Discovery Deadline [filed October 14, 2009; docket #20] is **granted**. The Settlement Conference set for October 20, 2009, is hereby vacated. The parties shall conference together and call Chambers at (303) 844-4507 on or before **October 20, 2009**, to reschedule.

     Although Plaintiff represents Defendant opposes a one-month extension of the discovery deadline, the Court grants this request as the extension is relatively minimal and, pursuant to Plaintiff's representations, could assist the parties in preparing for a productive settlement conference. Accordingly, the discovery deadline is hereby extended up to and including **December 1, 2009**. All other dates and deadlines remain the same.